**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 443 MAL 2023
                                        :
         Respondent                   :
                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court
         v.                         :
                                          :
                                        :
RAPHAEL E. PEREZ-RODRIGUEZ,       :
                                        :
         Petitioner                    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.